## J. B. OWENS v. T. W. MITCHELL AND OTHERS.

1. In a suit for debt against several defendants, a judgment sustaining a demurrer of some of the defendants to the petition, and dismissing the cause as to them, but leaving it undisposed of as respects the defendant who did not demur, is only an interlocutory judgment, from which no appeal to the Supreme Court will lie.

APPEAL from Fort Bend. Tried below before the Hon. I. B. McFarland.

Owens, the appellant, was plaintiff in the court below, and brought this action to recover an amount due him as manager or overseer of a plantation in Fort Bend county, belonging to Mason and William Briscoe. The services rendered by Owens were rendered under a contract of employment entered into by him with Mitchell as guardian of the Briscoes during their minority. The suit was against Mitchell and the Briscoes, with allegations that Mitchell was insolvent, and that the services were proper and necessary for care of the property of the Briscoes.

XXXIII—15

---

Opinion of the court.

The Briscoes demurred on the ground that they were improperly joined in the suit, and that the petition showed an individual liability of their co-defendant Mitchell, and a contract on which they were not liable.

The court below sustained the demurrer, and dismissed the cause as to the Briscoes. The plaintiff excepted and gave notice of appeal.

*Cook & Pearson*, for appellant.

*Henderson, Whitfield & Williams*, for the appellees.

DENISON, J.—This is a case brought in the District Court of Fort Bend county by L. B. Owens against Thomas W. Mitchell and Mason and William Briscoe. It appears by the record that the two Briscoes demurred. The court sustained the demurrer and dismissed the case as to them, from which judgment the plaintiff appealed.

This was an interlocutory judgment and left the case pending against the remaining defendant, Mitchell, as to whom there is no final judgment.

This court has no jurisdiction. The appeal is dismissed and the cause remanded.

Dismissed.